United States District Court
Southern District of Texas
**ENTERED**
May 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **GERY GARNNETT WYCHE,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| VS. § | Civil Case No. 4:22-CV-02923 |
| § | |
| **OFFICE OF THE ATTORNEY GENERAL,** § | |
| **WAYNE E. REVACK, ROBERT D** § | |
| **WENDELL, JAMES K. ELSTON, LISA** § | |
| **BAYLOR, CHANTEL GARZA,** § | |
| **CHRISTOPHER MEYER, PAPA M.** § | |
| **DIEYE, ROBIN SCOTT, GREGORY E** § | |
| **LUCIA, KENDRA L. JEFFERSON and** § | |
| **MICKEL NEWTON, JR.,** § | |
| § | |
| **Defendants.** § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the April 7, 2023 Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 28). Judge Bray made findings and conclusions and recommended that Defendants' Motions to Dismiss, (Dkt. Nos. 19, 21, 22, 23, and 26), be granted. (Dkt. No. 28).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Bray's M&R (Dkt. No. 28) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Defendants' Motions to Dismiss, (Dkt. Nos. 19, 21, 22, 23, and 26), are **GRANTED**.

It is SO ORDERED.

Signed on May 15, 2023.

*[signature: Drew B. Tipton]*

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**